An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

NADINA BEVERLY, TRUSTEE OF THE
BEVERLY-BLAIR LAKERIDGE
SPRINGS TRUST,
       Appellant,
vs.
QUALITY LOAN SERVICE
CORPORATION, A CALIFORNIA
CORPORATION,
       Respondent.

No. 64802

FILED

DEC 30 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

### ORDER GRANTING MOTION FOR REMAND AND DISMISSING APPEAL

The parties to this appeal have filed a motion to dismiss this appeal and remand this matter to the district court pursuant to *Huneycutt v. Huneycutt*, 94 Nev. 79, 575 P.2d 585 (1978); *see also Foster v. Dingwall*, 126 Nev. 49, 228 P.3d 453 (2010). The parties' motion is accompanied by an order of the district court certifying that upon remand it will enter an order "vacating: (1) the Court's November 22, 2013 order granting Quality Loan Servicing Corporation's motion to dismiss."

Cause appearing, we grant the parties' motion. Accordingly, we remand this matter to the district court pursuant to its certification, and we order this appeal dismissed. This dismissal is without prejudice to appellant's right to file a motion to reinstate this appeal should the district court decline to grant the relief requested.[1] Any such motion to reinstate this appeal shall be filed within 60 days of the district court's

---

[1]We note that any aggrieved party may file a notice of appeal from any appealable order entered at the completion of the district court proceedings. *See* NRAP 3A.

SUPREME COURT
OF
NEVADA

(O) 1947A

14-42449

order declining to grant the requested relief.  The parties' request to stay the briefing schedule in this matter is denied as moot.

It is so ORDERED.

_____Pickering_____, J.
Pickering

_____, J.
Parraguirre

_____, J.
Saitta

cc:    Hon. Brent T. Adams, District Judge
David E. Adkins
McCarthy & Holthus, LLP/Las Vegas
Washoe District Court Clerk